UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARCSENE UTILE,

    Petitioner,

v.　　　　　　　　　　　　　　　　　　Case No: 6:14-cv-2020-Orl-40DAB

SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS
and ATTORNEY GENERAL, STATE OF
FLORIDA,

    Respondents.
_____/

### ORDER

    This cause is before the Court on Petitioner's Motion for Voluntary Dismissal (Doc. 19). Upon consideration, it is **ORDERED** that the motion is **GRANTED.**

    Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

    1.    This case is **DISMISSED without prejudice**.

    2.    The Clerk of the Court is directed to enter judgment in favor of Respondents and to close this case.

    **DONE** and **ORDERED** in Orlando, Florida on June 23, 2015.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

1

Copies furnished to:

Counsel of Record
Unrepresented Party
OrlP-2 6/23